IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| H & S ELECTRIC. INC. | ) | CASE NO. 07-00470 |
| | ) | |
| Debtor(s) | ) | Hon. JOHN SQUIRES |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## TRUSTEE'S FINAL REPORT

To:    THE HONORABLE JOHN SQUIRES
BANKRUPTCY JUDGE

NOW COMES Brenda Porter Helms. Trustee herein, and respectfully submits to the Court and to the United States Trustee her Final Report in accordance with 11 U.S.C. Section 704(9).

1.    The Petition commencing this case was filed on 11th day of January. 2007. Brenda Porter Helms was appointed Trustee on or about January 24, 2007. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.    The Trustee certifies that she has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee: there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The debtor is a corporation and is not entitled to receive a discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee to administer this estate are set forth on Exhibit A.

3.    The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $2.500. The property abandoned, or sought to be abandoned, along with the reasons for abandonment, is described in Exhibit B.

4.    A summary of the Trustee's final account as of March 4. 2008 is as follows:

a.    RECEIPTS (See Exhibit C)                    $ 11,150.25

b.    DISBURSEMENTS (See Exhibit C)              $ 24.32

| c. | NET CASH available for distribution | $ 11,125.93 |
| d. | ADMINISTRATIVE EXPENSES: | |

| | 1. | Trustee compensation requested (See Exhibit E) | $1,865.03 |
| | 2. | Trustee Expenses (See Exhibit E) | $0.00 |
| | 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $0.00 |

5.    The Bar Date for filing unsecured claims expired on December 18, 2007.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (See Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $1,865.03 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $84,254.53 |
| f. | Other | $0.00 |

7.    Trustee proposes that unsecured creditors receive a distribution of 10.99% of allowed claims.

8.    Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys', accountants', or other professionals' compensation requested but not yet allowed is $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $0.00. (See Exhibit G).

9.    A fee of $2,201 was paid to Debtor's attorney for services rendered in connection with this case, and no basis appears to request an examination of said fee pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing under 11 U.S.C.

§§330(a). 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: _____2/28/08_____          /s/ Brenda Porter Helms,_____
                                         Trustee
                                         3400 W. Lawrence Avenue
                                         Chicago, IL  60625

## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the petition, schedules and statement of financial affairs filed by the debtor and conducted the first meeting of creditors (.7 hours). The Trustee requested and reviewed the cancelled checks and bank statements of the debtor for the two years prior to the filing (.2 hours).

Upon receipt of the debtor's bank account proceeds, the Trustee deposited same in an interest bearing account (.4 hours) and obtained an estate tax identification number (.1 hours). The Trustee has reviewed and reconciled the monthly statements (.2 hours). The Trustee has also included this case in her annual trustee reports for the year 2007 (.2 hours).

The Trustee issued a bar date notice for claims (.5 hours) and reviewed the claims filed (.5 hours).

The Trustee has prepared the final report in this case (1 hour). The Trustee anticipates she will respond to any issues raised by the Office of U.S. Trustee regarding the form of the Final Report (.5 hours). The Trustee will appear in Court at the hearing on applications for compensation (.5 hours). will transfer the funds into a non-interest bearing account. prepare the Final Distribution Report to be filed with the Court, obtain UST approval for same and issue the final distribution checks (1 hour). The Trustee will monitor the monthly bank statements until all checks have cleared. deposit any uncashed checks with the Clerk of the Court and prepare and file a Final Account to close the case (.5 hours).

6.3 hours @\$325= \$2.047.50

## EXHIBIT A

## DISPOSITION OF ESTATE PROPERTY

Scheduled Property & Disposition _____ Amount Realized

    See attached Individual Estate Property Record

    Property abandoned or to be abandoned:
    Accounts receivable in the amount of $2,500 are to be abandoned
    because they are uncollectible

Unscheduled Property

    Post petition interest of $89.42

| | |
|---|---|
| TOTAL RECEIPTS | $11,150.25 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $2,500.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $0.00 |

**EXHIBIT B**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page    1

| Case No: | 07-00470 | SQU | Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|

Case Name:    H & S ELECTRIC, INC.

Date Filed (f) or Converted (c):    01/11/07 (f)

341(a) Meeting Date:    02/20/07

For Period Ending: 02/28/08

Claims Bar Date:    12/18/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 10,224.00 | 0.00 | | 11,060.83 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 89.42 | Unknown |
| 3. ACCOUNTS RECEIVABLE | 2,500.00 | 0.00 | DA | 0.00 | FA |

| | | | | | Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $12,724.00 | $0.00 | | $11,150.25 | $0.00 |

(Total Dollar Amount
in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/07        Current Projected Date of Final Report (TFR): 03/30/08

/s/      BRENDA PORTER HELMS, TRUSTEE
_____ Date:
      BRENDA PORTER HELMS, TRUSTEE

PFORM1

Ver: 12.52a

## ESTATE CASH RECEIPTS AND DISBURSEMENTS

See attached

EXHIBIT C

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-00470 -SQU |
| Case Name: | H & S ELECTRIC, INC. |

| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5664 Money Market - Interest Bearing |

| Taxpayer ID No: | *******4046 |
| For Period Ending: | 02/27 08 |

| Blanket Bond (per case limit): $ 5,000,000.00 |
| Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 02/08/07 | 1 | H & S Electric Inc. 670 W. 5th Avenue Suite 116 Naperville IL 60563 | turnover of bank account | 1129-000 | 11,060.83 |  | 11,060.83 |
| 02/27/07 | 000101 | International Sureties, Ltd | bond premium | 2300-000 |  | 11.90 | 11,048.93 |
| 02/28/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.76 |  | 11,052.69 |
| 03/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 9.39 |  | 11,062.08 |
| 04/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 9.09 |  | 11,071.17 |
| 05/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 9.40 |  | 11,080.57 |
| 06/29/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 9.10 |  | 11,089.67 |
| 07/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 9.42 |  | 11,099.09 |
| 08/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 9.43 |  | 11,108.52 |
| 09/28/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 7.07 |  | 11,115.59 |
| 10/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 7.09 |  | 11,122.68 |
| 11/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 5.94 |  | 11,128.62 |
| 12/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 5.32 |  | 11,133.94 |
| 01/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 4.41 |  | 11,138.35 |
| 02/14/08 | 000102 | International Sureties Ltd 701 Polydras St New Orleans LA 70139 | trustee bond | 2300-000 |  | 12.42 | 11,125.93 |

Total Of All Accounts    11,125.93

PFORM24

Ver: 12.62a

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

IN RE:                                    CHAPTER 7

H & S ELECTRIC, INC.                      CASE NO. 07-00470

                    Debtor(s).            HON. JOHN SQUIRES

## PROPOSED DISTRIBUTION REPORT

I, BRENDA PORTER HELMS, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $1,865.03 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $9,260.90 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $11,125.93 |

**EXHIBIT D**

## REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $1,865.03 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Brenda Porter Helms, Trustee Trustee Compensation | $1,865.03 | $1,865.03 |
| | CLASS TOTALS | $1,865.03 | $1,865.03 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 84,254.53 | 10.99 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 1 | Hektoen Enterprises Inc. General Unsecured 726 | $8,377.50 | $920.82 |

| 3 | Supply, Evergreen Oak Electric General Unsecured 726 | $73.904.33 | $8,123.25 |
| 2 | The Illinois State Toll Highway Aut General Unsecured 726 | $1.972.70 | $216.83 |
| | **CLASS TOTALS** | **$84,254.53** | **$9,260.90** |

| **15. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| **16. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| **17. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| **18. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____    _____