IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 07 B 00470 |
| H&S ELECTRIC, INC. | ) | HON. JOHN H. SQUIRES |
| | ) | BANKRUPTCY JUDGE |

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO:  The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   AT: COURTROOM 2000
   DUPAGE COUNTY COURTHOUSE
   505 NORTH COUNTY FARM ROAD
   WHEATON, IL 60187

   ON: **May 2, 2008**                           AT: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

   RECEIPTS                                                $11,150.25

   DISBURSEMENTS                                     $24.32

   NET CASH AVAILABLE FOR DISTRIBUTION  $11,125.93

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $1,865.03 | $0.00 |

5. No priority creditors filed claims in this case.

6. General unsecured creditors filed the following claims totaling $84,254.53, and will receive a distribution on their claims of 10.9%:

| Creditor | Amount of Claim | Amount of Distribution |
|---|---|---|
| Hektoen Enterprises | $8,377.50 | $920.82 |
| Evergreen Oak | $73,904.33 | $8,123.25 |
| The Illinois State Toll Highway Auth | $1,972.70 | $216.83 |

7. No late claims were filed.

8. All proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

10. The debtor is a corporation and did not receive a discharge.

11. The Trustee proposes to abandon any interest she may have in accounts receivable.

For the Court:

Dated: **March 24, 2008**     **KENNETH S. GARDNER**
                              Kenneth S. Gardner, Clerk
                              United States Bankruptcy Court

Trustee: Brenda Porter Helms
         3400 W. Lawrence Avenue
         Chicago IL 60625
         (773) 267-7300 ext 268
         (773) 267-9405 (fax)