IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 07 B 00470 |
| H&S ELECTRIC, INC. | ) | HON. JOHN H. SQUIRES |
| | ) | BANKRUPTCY JUDGE |

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO:  The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    AT: COURTROOM 2000
        DUPAGE COUNTY COURTHOUSE
        505 NORTH COUNTY FARM ROAD
        WHEATON, IL 60187

    ON: **May 2, 2008**                              AT: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

    RECEIPTS                                          $11,150.25

    DISBURSEMENTS                                     $24.32

    NET CASH AVAILABLE FOR DISTRIBUTION   $11,125.93

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $1,865.03 | $0.00 |

5. No priority creditors filed claims in this case.

6. General unsecured creditors filed the following claims totaling $84,254.53, and will receive a distribution on their claims of 10.9%:

| Creditor | Amount of Claim | Amount of Distribution |
|---|---|---|
| Hektoen Enterprises | $8,377.50 | $920.82 |
| Evergreen Oak | $73,904.33 | $8,123.25 |
| The Illinois State Toll Highway Auth | $1,972.70 | $216.83 |

7. No late claims were filed.

8. All proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

10. The debtor is a corporation and did not receive a discharge.

11. The Trustee proposes to abandon any interest she may have in accounts receivable.

For the Court:

Dated: **March 24, 2008**                **KENNETH S. GARDNER**
Kenneth S. Gardner, Clerk
United States Bankruptcy Court

Trustee:  Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 267-7300 ext 268
(773) 267-9405 (fax)

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1               User: amcc7                  Page 1 of 1                Date Rcvd: Mar 24, 2008
Case: 07-00470                     Form ID: pdf002              Total Served: 23


The following entities were served by first class mail on Mar 26, 2008.
db           +H & S Electric, Inc.,   670 W. 5th Avenue, Suite 116,   Naperville, Il 60563-2917
aty          +Thomas A Else,   Thomas A Else P C,   511 W. Wesley,   Wheaton, IL 60187-4927
tr           +Brenda Porter Helms, ESQ,   The Helms Law Firm, P.C.,   3400 West Lawrence,
               Chicago, IL 60625-5104
11102939     +AT&T,   Box 8100,   Aurora, IL 60507-8100
11102928      American Family Insurance Group,   Madison, WI 53777-0001
11102941     +Blue Cross Blue Shield,   Healthcare Service Corporation,   Box 1186,   Chicago, IL 60690-1186
11102935     +Brinks Home Security,   Box 152235,   Irving, TX 75015-2235
11102933     +Cox Auto Trader,   Box 17359, Dept. 610,   Clearwater, FL 33762-0359
11102934     +Evergreen Oak Electric Supply & Sales Co,   Box 549,   Crestwod, IL 60445-0549
11102944      ExxonMobil Fleet,   Box 530988,   Atlanta, GA 30353-0988
11102932     +F.H. Donnelly / AT&T YP,   C/O LiquiDebt Systems,   29W110 Butterfield Rd. #108,
               Warrenville, IL 60555-2828
11102940     +Fort Dearborn Life Insurance Co.,   36788 Eagle Way,   Chicago, IL 60678-0001
11102945     +General Answering Service,   Box 1188,   Bolingbrook, IL 60440-1086
11102937     +Hektoen Enterprises Inc./ DAS Homes,   C/O John O'Donnell, Attorney,   10759 W. 159th St. #201,
               Orland Park, IL 60467-8791
11102938     +Illinois State Toll Highway Authority,   C/O Linebarger, Groggan, Blair,
               233 W. Wacker Dr. #4030,   Chicago, IL 60606-6379
11102931     +Liturgical Pub. C/O Midwest Support Serv,   Box 1706,   St. Peters, MO 63376-0031
11102943     +NEBS,   Box 88042,   Chicago, IL 60680-1042
11102929     +Nelson's Services, Inc.,   670 W. 5th Avenue #124,   Naperville, IL 60563-3475
11102946     +Oxie Valley Electric Supply Inc.,   1700 Liberty St.,   Aurora, IL 60505-3299
11102942     +Suburban Chicago Newspapers,   Box 1008,   Tinley Park, IL 60477-9108
11663588     +The Illinois State Toll Highway Authority,   2700 Ogden Ave.,   Downers Grove, IL 60515-1703,
               Ph. #(630) 241-6800 ext. 1530
11102936    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   US Bank,   Box 790179,   St. Louis, MO 63179-0179)
11102930     +Waste Management,   Box 4648,   Carol Stream, IL 60197-4648

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 26, 2008**          **Signature:** _Joseph Speetjens_