IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| H & S ELECTRIC, INC. | ) | NO. 07-00470 |
| | ) | HON. JOHN H. SQUIRES, |
| | ) | BANKRUPTCY JUDGE |

## TRUSTEE'S FINAL ACCOUNT AND
## APPLICATION TO CLOSE CASE AND DISCHARGE TRUSTEE

TO: The Honorable John H. Squires
    United States Bankruptcy Judge

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Final Distribution Report, copies of which are attached hereto as Group Exhibit A.

All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B. Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estates has been fully administered and requests that she be discharged and that the case be closed pursuant to 11 U.S.C. section 350.


Dated: October 15, 2008                           /s/ Brenda Porter Helms
                                                  _____
                                                  Trustee

Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

IN RE:  CHAPTER 7

H & S ELECTRIC. INC.  CASE NO. 07-00470

Debtor(s).  HON. JOHN SQUIRES

## FINAL DISTRIBUTION REPORT

I. BRENDA PORTER HELMS. trustee herein. certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $1.865.03 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $9.268.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $11,133.03 |

*Group Exhibit A*

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $1,865.03 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Brenda Porter Helms, Trustee Trustee Compensation | $1,865.03 | $1,865.03 |
| | CLASS TOTALS | $1,865.03 | $1,865.03 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 84,254.53 | 11.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 1 | Hektoen Enterprises Inc. General Unsecured 726 | $8,377.50 | $921.53 |

| | | | |
|---|---|---|---|
| 3 | Evergreen Oak Electric Supply<br>General Unsecured 726 | $73,904.33 | $8,129.47 |
| 2 | The Illinois State Toll Highway Authority<br>General Unsecured 726 | $1,972.70 | $217.00 |
| | CLASS TOTALS | $84,254.53 | $9,268.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: __5/5/08__                    _/s/ Brenda Porter Helms
                                         Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

IN THE MATTER
OF:                                    )    CHAPTER 7 CASE
                                       )
H & S ELECTRIC, INC.                   )    CASE NO. 07-00470
                                       )
            ·Debtor(s)                 )    Hon. JOHN SQUIRES
                                       )    BANKRUPTCY JUDGE
                                       )

### ORDER AWARDING COMPENSATION AND EXPENSES
### AND DIRECTING DISTRIBUTION OF ESTATE PROPERTY

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and expenses are allowed as follows:

1.  Trustee's compensation                              $1,865.03

2.  Trustee's expenses                                      $0.00

            TOTAL                                       $1,865.03

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of ____MAY - 2 2008_____, 2008.

ENTERED:

_____
UNITED STATES BANKRUPTCY JUDGE

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-00470-SQU | | | Trustee Name | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name | H & S ELECTRIC, INC | | | Bank Name | BANK OF AMERICA, N.A |
| | | | | Account Number / CD #: | *******5664 Money Market - Interest Bearing |
| Taxpayer ID No | *******4046 | | | | |
| For Period Ending | 10/15/08 | | | Blanket Bond (per case limit): $ 5,000,000.00 |  |
| | | | | Separate Bond (if applicable) | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/08/07 | 1 | H & S Electric Inc | turnover of bank account | 1129-000 | 11,060.83 | | 11,060.83 |
| | | 670 W 5th Avenue Suite 116 | | | | | |
| | | Naperville IL 60563 | | | | | |
| 02/27/07 | 000101 | international Sureties, Ltd | bond premium | 2300-000 | | 11.90 | 11,048.93 |
| 02/28/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.76 | | 11,052.69 |
| 03/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 9.39 | | 11,062.08 |
| 04/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 9.09 | | 11,071.17 |
| 05/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 9.40 | | 11,080.57 |
| 06/29/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 9.10 | | 11,089.67 |
| 07/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 9.42 | | 11,099.09 |
| 08/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 9.43 | | 11,108.52 |
| 09/28/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 7.07 | | 11,115.59 |
| 10/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 7.09 | | 11,122.68 |
| 11/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 5.94 | | 11,128.62 |
| 12/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 5.32 | | 11,133.94 |
| 01/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 4.41 | | 11,138.35 |
| 02/14/08 | 000102 | international Sureties Ltd | trustee bond | 2300-000 | | 12.42 | 11,125.93 |
| | | 701 Polydras St | | | | | |
| | | New Orleans LA 70139 | | | | | |
| 02/29/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 2.65 | | 11,128.58 |
| 03/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.63 | | 11,131.21 |
| 04/28/08 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.82 | | 11,133.03 |
| 04/28/08 | | Transfer to Acct #*******7488 | Final Posting Transfer | 9999-000 | | 11,133.03 | 0.00 |

Exhibit B

Ver. 14.10a

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No | 07-00470 -SQU | | | Trustee Name | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name | H & S ELECTRIC, INC | | | Bank Name | BANK OF AMERICA, N.A. |
| | | | | Account Number / CD #: | *******7488 Checking - Non Interest |
| Taxpayer ID No | *******4046 | | | | |
| For Period Ending | 10/15/08 | | | Blanket Bond (per case limit) | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/28/08 | | Transfer from Acct #*******5664 | Transfer In From MMA Account | 9999-000 | 11,133.03 | | 11,133.03 |
| 05/09/08 | 001001 | Brenda Porter Helms | trustee compensation | 2100-000 | | 1,865.03 | 9,268.00 |
| 05/09/08 | 001002 | Hektoen Enterprises Inc ?DAS Homes c/o John O'Donnell 10759 W. 159th St #201 Orland Park IL 60467 | final distribution | 7100-000 | | 921.53 | 8,346.47 |
| 05/09/08 | 001003 | Evergreen Oak Electric Supply Box 549 Crestwood IL 60445 | final distribution | 7100-000 | | 8,129.47 | 217.00 |
| 05/09/08 | 001004 | The Illinois State Toll Highway Authority 2700 Ogden Ave Downers Grove IL 60515 | final distribution | 7100-000 | | 217.00 | 0.00 |

Total Of All Accounts 0.00

PFORM24 Ver 12 - 0a